UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT L. MURRAY, JR. | No. 22 CR 643<br><br>Judge Manish S. Shah |

**GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S BOND**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves the Court for an order revoking defendant ROBERT MURRAY's bond. In support of this motion, the government states as follows:

1. Defendant MURRAY is on pretrial release, awaiting sentencing, after having pleaded guilty to a charge of wire fraud. MURRAY's sentencing is scheduled for April 30, 2025.

2. Since last year, the U.S. Pretrial Services Office has issued four Violation Reports against MURRAY, dated April 1, 2024, June 10, 2024, January 10, 2025, and February 24, 2025. In its most recent Violation Report dated February 24, 2025 (doc. 50), Pretrial Services recommends that a warrant be issued and that MURRAY's bond be revoked.

3. The government concurs with Pretrial Services' recommendation and hereby moves for the revocation of MURRAY's bond. MURRAY should be detained in federal custody on the grounds of his repeated violations of pretrial release and his dangerousness to the community.

WHEREFORE, the United States respectfully requests that the Court issue an order revoking defendant ROBERT MURRAY's bond.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/Brian R. Havey*
      BRIAN R. HAVEY
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6305
      brian.havey@usdoj.gov