UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT L. MURRAY, JR. | No. 22 CR 643<br><br>Judge Manish S. Shah |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 4, 2025, at 10:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Manish S. Shah, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S BOND,

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Brian R. Havey*
BRIAN R. HAVEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6305
brian.havey@usdoj.gov