**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:22−cr−00643 |
| | Honorable Manish S. Shah |
| Robert L. Murray Jr. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

MINUTE entry before the Honorable Manish S. Shah as to Robert L. Murray Jr.: Motion hearing held. Mr. Murray appeared by phone. All parties appeared in−person. For the reasons stated on the record, The government's motion to revoke defendants' bond [51] is denied. The Court modified the conditions of pretrial release to include a condition of home incarceration with location monitoring using the technology that Pretrial Services deems appropriate. Pretrial Services is given three days to implement the location monitoring. The Pretrial Services officer will review the details of the conditions with Mr. Murray. Sentencing remains set for 4/30/25 at 1:30 p.m. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.